UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD GIPSON,

                Plaintiff,

vs.                                    Case No.   2:12-cv-60-FtM-99DNF

C. KRAUS, Sergeant, GREGORY D.
HATCHER, and PENNY M. MILLARD,

                Defendants.

_____/

### ORDER OF DISMISSAL

    This matter comes before the Court upon periodic review of the file. Plaintiff Jerald Gipson initiated this action proceeding pro se by filing a § 1983 Civil Rights Complaint Form (Doc. #1) on January 27, 2012. Plaintiff accompanied the filing of his Complaint with an incomplete motion for leave to proceed in forma pauperis. See Doc. #2. In particular, Plaintiff did not file a prisoner consent form and financial certificate pursuant to the directions on the application for leave to proceed as a pauper.

    On February 2, 2012, the Court entered an Order directing Plaintiff to either pay the requisite $350.00 filing fee, or file the necessary prisoner consent form and financial certificate within thirty days from the date on the Order. See Doc. #7. The Court warned Plaintiff that failure to comply with the Order, or explain noncompliance, would result in the dismissal of the action without further notice. As of the date on this Order, Plaintiff has not filed his prisoner consent form and financial certificate

and the time to do so has expired.  Consequently, this case is subject to dismissal based on Plaintiff's failure to comply with the Court's Order.

ACCORDINGLY, it is hereby

**ORDERED:**

1.    The Complaint is **dismissed** without prejudice for the reasons set forth herein.

2.    The **Clerk of Court** shall terminate any pending motions, enter judgment accordingly, and close this case.

**DONE AND ORDERED** at Orlando, Florida, on this _14_ day of March, 2012.

G.  KENDALL  SHARP
SENIOR UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record