UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERALD GIPSON,

           Plaintiff,

vs.                              Case No.   2:12-cv-60-FtM-99DNF

C. KRAUS, Sergeant, GREGORY D. HATCHER, and PENNY M. MILLARD,

           Defendants.
_____/

## ORDER

This matter comes before the Court upon review of Plaintiff's Notice of Appeal (Doc. #14), filed April 12, 2012, prisoner consent form and financial certification (Doc. #18), filed May 18, 2012, motion for leave to appeal *in forma pauperis* (Doc. #19), filed July 9, 2012, and application for leave to appeal *in forma pauperis*, filed July 9, 2012.

*Pro se* Plaintiff initiated the action as a prisoner by filing a civil rights complaint form pursuant to 42 U.S.C. § 1983. On March 14, 2012, the Court dismissed the case without prejudice based on Plaintiff's failure to timely comply with the Court's February 2 and February 3, 2012 Orders.[1] See Doc. #11. Judgment was entered that same day. Doc. #12.

Upon review of the matter, the Court affirms its March 14th Order. Plaintiff neither filed any motions for an enlargement of

---

[1] A dismissal without prejudice allows a plaintiff to re-file an action, if the plaintiff chooses to do so.

time to comply with the Court's Orders, nor did he otherwise notified the Court of his inability to comply with the Court's Orders. See docket. Plaintiff was forewarned that failure to timely comply with the Orders, or timely explain noncompliance, would result in the dismissal of his case without prejudice. See generally Doc. #7, Doc. #8. The Court finds that the appeal in this matter is not taken in good faith, and certifies that the appeal is not in good faith.

Accordingly, it is now

**ORDERED:**

The Court certifies that this appeal is not taken in good faith and Plaintiff's Motion for Leave to Appeal *In Forma Pauperis* (Docs. #19, #20) are **DENIED**. Plaintiff is assessed the $455.00 filing fee in this action.

**DONE AND ORDERED** at Orlando, Florida, on this 17 day of August, 2012.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

SA: alj
Copies: All Parties of Record
Eleventh Circuit Court of Appeal